AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-17-2008 |
| NAME OF SERVER (PRINT) Vladimir M. Goncharovsky | TITLE Defendants |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): request for waiver of service was mailed to all the above-named defendants on March 17, 2008 pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/6/08
           Date           Signature of Server

Address of Server: 6045 N. Green Bay Ave
Milwaukee, WI 53209

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES FEDERAL COURT
OF NORTHERN DISTRICT OF ILLINOIS

ACE MOTORS INC,                          CASE NO: 08 CV 1552
an Illinois corporation
         Plaintiff,

Vs.

TOTAL TRANSPORT INC,
ERIC R. DUGHETTI,
HANI ELAYYAN
AND YOUSF ABUALROG

To: Gorokhovsky Law Offices, LLC
6045 North Green Bay Ave. Suite 2A
Glendale, Wisconsin 53209

### WAIVER OF PERSONAL SERVICE OF PROCESS

This is to advise that service of legal process is accepted on behalf of the following Defendants pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure and that personal service of process is waived.

    TOTAL TRANSPORT, INC.

    HANI ELAYYAN

    YOUSEF M. ABUALROB

    ERIC R. DUGHETTI

Dated this 4th Day of June, 2008

MICHAEL R. KUZEL, LTD.

By: Michael R. Kuzel
Attorney for Defendants

MICHAEL R. KUZEL, LTD.
3701 Commercial Ave -Suite 5
NORTHBROOK, ILLINOIS 60062
(847) 564-4636
COOK COUNTY ATTORNEY CODE NO. 25361

LAW OFFICES

# MICHAEL R. KUZEL, LTD.

3751 COMMERCIAL AVENUE · SUITE 5
P.O. BOX 2635
NORTHBROOK, ILLINOIS 60065

TELEPHONE (847) 564-4598

TELECOPIER (5(7) 564-9755

June 4, 2008

Vladimir M. Gorokhovsky, L.L.M.
Gorokhovsky Law Offices. LLC
6045 North Green Bay Avenue, Suite 2A
Gl;endale, Wisconsin 53209

<u>By Fax Transmittal</u> (414) 351-1155

Re: Ace Motors, Inc vs. Total Transport, Inc. et. al.
08 CV 1552- US Federal Court- Northern District, IL.
Our File: SD-225

Dear Mr. Gorokhovsky,

Enclosed is fully executed Waiver of Personal Service of Process.

I should be in the office most of the day tomorrow so we can discuss the Joint Submission.

Thank you.

Very truly yours,

MICHAEL R. KUZEL, LTD.

By Michael R. Kuzel

MRK/me