**ORIGINAL** 

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ACE MOTORS, INC. an Illinois Corporation,  Plaintiff,

Vs.

TOTAL TRANSPORT, INC. ET. AL.

Case Number: 08 C 1552  Marovich

**FILED**
JUN 11 2008  TG
6-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOTAL TRANSPORTATION, an Illinois Corporation, sued herein as TOTAL TRANSPORT, INC.;
ERIC R. DUGHETTI, Individual Defendant;
HANI ELAYYAN, Individual Defendant;
YOUSEF M. ABUALROB, Individual Defendant.

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL R. KUZEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| MICHAEL R. KUZEL, LTD. | |
| STREET ADDRESS | |
| 3701 Commercial Ave. Suite 5 | |
| CITY/STATE/ZIP | |
| Northbrook, Illinois 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (847) 564-4636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |