# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ace Motors Inc

          Plaintiff,

v.                                      Case No.: 1:08−cv−01552
                                          Honorable George M. Marovich

Total Transport Inc, et al.

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(clw, )Mailed notice.

Dated: June 24, 2008

                                                                      /s/ George M. Marovich

                                                                     United States District Judge